Cause No. 15F0232-005

STATE OF TEXAS

VS.

BRADLEY ALLIE

2015 JUN 11 PM 1:45

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/12/2015 8:59:50 AM
DEBBIE AUTREY
Clerk

IN THE DISTRICT COURT

BOWIE COUNTY

5TH JUDICIAL DISTRICT

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, BRADLEY ALLIE, Defendant in the above styled and numbered cause, by and through his court appointed attorney of record, Craig L. Henry, and gives notice of appeal to the Court of Appeals for the Sixth Appellate District of Texas from the judgment and sentence imposed by the District Court on the 6th day of May, 2015, wherein the Defendant was found guilty of four (4) counts of Indecency with a Child and sentenced to twenty (20) years imprisonment for each count.

Respectfully submitted,

**CRAIG L. HENRY**
Attorney at Law
723 Main Street
P.O. Box 3226
Texarkana, Texas 75504-3226
(903) 792-4645
FAX-(903) 792-5073
Lawyrntx@aol.com

By_____
CRAIG L. HENRY
Texas Bar # 09479260
Arkansas Bar # 90142
Oklahoma Bar # 016779
ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I, CRAIG L. HENRY, do hereby certify that on this 10th day of June, 2015, a true and correct copy of the foregoing Notice of Appeal has been served on The State of Texas, by hand delivering (via certified courier – return receipt requested) a copy of same to its attorney of record, Mr. Jerry Rochelle, District Attorney for Bowie County, Texas at the following address:

**Mr. Jerry Rochelle**
**Bowie County District Attorney**
**601 Main Street**
**Texarkana, Texas 75501**

Craig L. Henry



# Craig L. Henry

ATTORNEY AT LAW

FILED FOR RECORD

2015 JUN 11 PM 1:45

DISTRICT CLERK BOWIE CO. TX

_____ DEPUTY

June 10, 2015

Billy Fox – District Clerk
Bowie County Courthouse
New Boston, Texas

  Re: State of Texas vs. Bradley Allie
    Cause No. 15F0232-005

Dear Billy:

  Enclosed herewith please find an original and one (1) copy of Defendant's Notice of Appeal in the above cause. Please file the original, affix your file stamp to the copy and return same to my office.

  By copy of this letter I am serving a true and correct copy of the foregoing on Mr. Jerry Rochelle, Bowie County District Attorney.

  Thank you for your attention in this regard. Should you have any questions or concerns, please don't hesitate to call.

        Sincerely,

        Craig L. Henry

CLH/kf
Enclosures
Cc: Jerry Rochelle

P.O. Box 3226 | 723 Main Street | Texarkana, Texas 75504-3226 | Phone: (903) 792-4645 | Fax: (903) 792-5073

Licensed in Texas, Arkansas & Oklahoma